

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN
PRICE DANIEL
ATTORNEY GENERAL

AUSTIN, TEXAS

Hon. W. Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Governor O'Daniel:

Opinion No. O-2371
Re: The purchase by the South-
western Associated Telephone
Company of all of the prop-
erties of the Haskell Tele-
phone Company.

Your communication of May 16, 1940, requests the opinion of this department as to whether a proposed trans- action, if consummated, whereby the Southwestern Associated Telephone Company will acquire by purchase all of the prop- erties of the Haskell Telephone Company, would be in viola- tion of the statutes of Texas, with specific reference to the anti-trust laws.

There was enclosed with your letter a copy of the application of the Southwestern Associated Telephone Company with the Federal Communications Commission for a Certificate of Convenience and Necessity pertaining thereto.

You are respectfully advised that in our opinion the consummation of this transaction, upon the facts as pre- sented, will not involve a violation of the statutes of Texas in any respect.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By    (Signed)
      Zollie C. Steakley
            Assistant

ZCS:ob/mn
APPROVED: May 23, 1940
Gerald C. Mann (Signed)
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY B.W.B.
CHAIRMAN